IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                          Cr. No. 2:03cr20396-B

JOHN D. TAYLOR,
    Defendant.

---

### ORDER EXTENDING TIME IN WHICH TO SURRENDER

---

The defendant in this case has previously been granted permission by this Court to report to the designated facility of the Bureau of Prisons. Defense counsel has requested an extension of time to report. Upon good cause shown, and without objection by the United States, this Court hereby GRANTS the motion.

It is ORDERED that the Defendant, **John D. Taylor, shall report to FCI EL RENO, Highway 66 West, El Reno, Oklahoma by 2:00 on Monday, June 6, 2005.**

IT IS FURTHER ORDERED that upon receipt of a copy of this Order the defendant shall sign one copy of this Order in the proper space below and return it to the Clerk of the Court in the enclosed self addressed envelope, acknowledging that he has received a copy of this Order, and that he will report as ordered to the facility named above.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

Approved for Entry:

_____
David Henry, for the United States

_____
William D. Massey, for John D. Taylor

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-28-05

## ACKNOWLEDGMENT

**I agree to report as directed above and understand that if I fail to report, I may be cited for contempt of Court and if convicted, may be punished by imprisonment, fine or both.**

Signed: _____
          Defendant

Date: _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 115 in case 2:03-CR-20396 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT